## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   TIMOTHY P COOPER

§
§
§
§
§
§

Case No.: 08-00551

          Debtor(s)

§

_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)    The case was filed on 01/11/2008.

2)    This case was confirmed on 04/02/2008.

3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/23/2008.

4)    The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)    The case was completed on 02/28/2012.

6)    Number of months from filing to the last payment:  50

7)    Number of months case was pending:  54

8)    Total value of assets abandoned by court order:  NA

9)    Total value of assets exempted: $      8,200.00

10)    Amount of unsecured claims discharged without payment $   25,057.00

11)    All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 81,910.00 |
| Less amount refunded to debtor | $ | 3.14 |
| **NET RECEIPTS** | **$** | **81,906.86** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,853.00 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | 5,205.07 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | **$** | **8,058.07** |
| Attorney fees paid and disclosed by debtor | $ | 647.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 5,881.00 | 5,850.70 | 5,850.70 | 5,850.70 | .00 |
| CAPITAL ONE | UNSECURED | 764.00 | 777.65 | 777.65 | 777.65 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 217.00 | 217.48 | 217.48 | 217.48 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 92.00 | 92.40 | 92.40 | 92.40 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 16,995.00 | 25,543.35 | 16,995.00 | 16,995.00 | 1,442.31 |
| JEFFERSON CAPITAL SY | UNSECURED | 2,319.00 | 2,319.49 | 2,319.49 | 2,319.49 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 2,315.00 | 1,884.21 | 1,884.21 | 1,884.21 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | 15,001.00 | 16,610.31 | 16,610.31 | 16,610.31 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 442.00 | 442.52 | 442.52 | 442.52 | .00 |
| ALBERTSONS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| AMERICAN FINANCIAL C | OTHER | NA | NA | NA | .00 | .00 |
| AMERICREDIT | OTHER | NA | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 220.00 | 267.96 | 267.96 | 267.96 | .00 |
| ARROW ACCEPTANCE COR | UNSECURED | 1,998.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | OTHER | .00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 611.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 530.00 | NA | NA | .00 | .00 |
| ASPIRE VISA | UNSECURED | 1,252.00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE SERVICES | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| COLUMBUS BANK & TRUS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | 460.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST NAITONAL CREDI | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL CREDI | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 227.00 | 227.21 | 227.21 | 227.21 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 731.00 | 777.86 | 777.86 | 777.86 | .00 |
| H&F LAW | UNSECURED | 91.00 | NA | NA | .00 | .00 |
| H&F LAW | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | UNSECURED | 81.00 | NA | NA | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | 1,011.00 | NA | NA | .00 | .00 |
| JIM CLINTON | UNSECURED | 12,500.00 | 12,500.00 | 12,500.00 | 12,500.00 | .00 |
| LEGACY VISA | OTHER | .00 | NA | NA | .00 | .00 |
| M3 FINANCIAL SVCS | UNSECURED | 254.00 | NA | NA | .00 | .00 |
| MARAUDER CORP | UNSECURED | 640.00 | NA | NA | .00 | .00 |
| MERCHANTS CR | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 2,757.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | OTHER | .00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH OAK PARK HOSPIT | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 13,000.00 | NA | NA | .00 | .00 |
| VILLAGE OF WESTCHEST | UNSECURED | 536.00 | NA | NA | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 7,960.00 | .00 | 8,548.35 | 8,548.35 | .00 |
| COOK COUNTY DEPT OF | PRIORITY | 242.00 | 691.60 | 461.00 | 461.00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 1,293.58 | 1,293.58 | 1,293.58 | .00 |
| GREAT SENECA | UNSECURED | NA | 888.35 | 888.35 | 888.35 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 900.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 2,252.41 | .00 | 2,252.41 | 2,252.41 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
·============================================================·
|                                                            |
| Summary of Disbursements to Creditors:                     |
|                                                            |
|                              Claim       Principal    Int. |
|                              Allowed       Paid       Paid |
| Secured Payments:                                          |
|     Mortgage Ongoing             .00          .00      .00 |
|     Mortgage Arrearage           .00          .00      .00 |
|     Debt Secured by Vehicle 16,995.00   16,995.00 1,442.31 |
|     All Other Secured            .00          .00      .00 |
| TOTAL SECURED:              16,995.00   16,995.00 1,442.31 |
|                                                            |
| Priority Unsecured Payments:                               |
|     Domestic Support Arrearage   .00          .00      .00 |
|     Domestic Support Ongoing     .00          .00      .00 |
|     All Other Priority       2,713.41    2,713.41      .00 |
| TOTAL PRIORITY:              2,713.41    2,713.41      .00 |
|                                                            |
| GENERAL UNSECURED PAYMENTS:  52,698.07  52,698.07      .00 |
·============================================================·


·============================================================·
|                                                            |
| Disbursements:                                             |
|                                                            |
|     Expenses of Administration   $    8,058.07            |
|     Disbursements to Creditors   $   73,848.79            |
|                                                            |
| TOTAL DISBURSEMENTS:                  $   81,906.86       |
·============================================================·
```

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:    07/10/2012             /s/ Tom Vaughn
                                 Tom Vaughn, Chapter 13 Trustee


STATEMENT    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**